UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINHORST ASSOCIATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department of )<br>Housing and Urban Development, )<br>)<br>Defendant. )<br>) | Civil Action No. 07-813 (HHK) |

## PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The Plaintiff, Steinhorst Associates, hereby moves the Court for a preliminary injunction pursuant to Federal Rule of Civil Procedure 65 and Local Civil Rule 65.1 requiring the Defendant, Alphonso Jackson, to resume payment of the annual contributions, retroactive to February 1, 2007, that were made for more than twenty-five years by the Department of Housing and Urban Development, on behalf of the tenants at Steinhorst Square Apartments, to the Municipal Housing Authority of the City of Utica, New York ("Housing Authority") which, in turn, remitted a portion of those payments to Plaintiff in the form of housing assistance payments in accordance with the Housing Assistance Payments Contract(s) between Plaintiff and the Housing Authority.  As discussed in the Memorandum of Points and Authorities filed with this motion, unless HUD resumes its payments to the Housing Authority, Plaintiff will not be able to meet its financial obligations, including the payment of its mortgage loan.  Failure by Plaintiff to pay its mortgage loan will constitute a default of Plaintiff's mortgage loan and lead to the

foreclosure and loss of Plaintiff's multi-million dollar asset, Steinhorst Square Apartments. The loss of Steinhorst Square Apartments will, in turn, result in the destruction of Plaintiff's business.

In addition, since Plaintiff is unable to pay its other creditors, there will be a disruption in the goods and services provided to the tenants at Steinhorst Square Apartments, including a cutoff of utilities. This will have a devastating effect on the tenants, all of whom are elderly and/or disabled.

Because this motion is being filed on the day after the Complaint was filed, Defendant's counsel is unknown. Therefore, Plaintiff's counsel was not, as required by LCvR 7(m), able to confer with opposing counsel before filing this motion.

                                                Respectfully submitted,

May 4, 2007                                  /s/ Carl A.S. Coan, Jr.
                                                Carl A.S. Coan, Jr. (D.C. Bar No. 89466)
                                                Carl A.S. Coan, III (D.C. Bar No. 358034)
                                                Coan & Lyons
                                                1100 Connecticut Ave., N.W.
                                                Suite 1000
                                                Washington, DC 20036
                                                Phone No. 202-728-1070
                                                Fax No. 202-293-2448

                                                Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2007 "Plaintiff's Motion For Preliminary Injunction", which was filed the day after the Complaint was filed, was served with the Complaint on Defendant by mailing a copy thereof via certified mail, return receipt requested, to:

    a.    Civil Process Clerk
           Office of the United States Attorney
           555 4th Street, N.W.
           Washington, DC 20001

    b.    Alberto Gonzales
           Attorney General of the United States
           Main Justice Building
           950 Pennsylvania Avenue, N.W.
           Washington, DC 20530

    c.    Alphonso Jackson
           Secretary
           U.S. Department of Housing and Urban Development
           451 7th Street, S.W.
           Washington, DC 20410

           /s/ Carl A.S. Coan, Jr.
           Carl A.S. Coan, Jr.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINHORST ASSOCIATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department of )<br>Housing And Urban Development, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. |

**<u>ORDER</u>**

Upon consideration of Plaintiff's Motion for Preliminary Injunction, and a review of the entire record herein, it is this _____ day of _____, 2007,

ORDERED that Plaintiff's motion is granted; and it is

FURTHER ORDERED that Defendant shall, effective immediately, resume making the annual contributions called for by the Annual Contributions Contract, NY-0669, ACC List Number NY 80-734 (September 29, 1980), between the U.S. Department of Housing and Urban Development ("HUD") and the Municipal Housing Authority of the City of Utica, New York ("Housing Authority") as such Annual Contributions Contract may have been amended and extended from time to time; and it is

FURTHER ORDERED that Defendant shall continue making such annual contributions until there is a final decision by the Court in this action or until otherwise ordered by the Court; and it is

FURTHER ORDERED that Defendant shall make the annual contributions payments to the Housing Authority for any month since January 2007 through the date of this Order for which HUD has not made such payments; and it is

FURTHER ORDERED that Defendant shall direct the Housing Authority to use the aforesaid annual contributions to make housing assistance payments to Plaintiff on behalf of eligible low-income tenants residing at Steinhorst Square.

_____
United States District Judge

Copies to:

Jeffrey A. Taylor
United States Attorney
555 4th Street, N.W.
Washington, DC 20001

Alberto Gonzales
Attorney General of the United States
Main Justice Building
950 Pennsylvania Avenue, N.W.
Washington, DC 20530

Alphonso Jackson
Secretary
U.S. Department of Housing and Urban Development
451 7th Street, S.W.
Washington, DC 20410