UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINHORST ASSOCIATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department of )<br>Housing And Urban Development, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 07-813 (HHK) |

## AFFIDAVIT OF SERVICE (U.S. ATTORNEY)

1. In accordance with Fed. R. Civ. P. 4(i)(2)(A), service was made on the Defendant by mailing a copy of the Complaint and Summons on May 7, 2007 via certified mail, return receipt requested, to:

>   Civil Process Clerk
>   Office of the United States Attorney
>   555 4th Street, N.W.
>   Washington, DC 20001

2. Service on the Civil Process Clerk, Office of the U.S. Attorney, was effected on May 14, 2007. A copy of the return receipt is on Exhibit 1 that is attached hereto.

Respectfully submitted,

May 23, 2007

/s/ Carl A.S. Coan, Jr.
Carl A.S. Coan, Jr. (D.C. Bar No. 89466)
Carl A.S. Coan, III (D.C. Bar No. 358034)
Coan & Lyons
1100 Connecticut Ave., N.W.
Suite 1000
Washington, DC 20036
Phone No. 202-728-1070
Fax No. 202-293-2448
Attorneys for Plaintiff

Steinhorst Associates v. Jackson
Civil Action No. 07-813 (HHK)
Affidavit of Service (U.S. Attorney)
Exhibit 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  MAY 14 200_<br>C. Date of Delivery 5/14/07 |
| 1. Article Addressed to:<br><br>Civil Process Clerk<br>555 4th Street, N.W.<br>Washington, DC 20001 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7001 1140 0002 0629 5691 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540