UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINHORST ASSOCIATES,         )<br>                                                          )<br>                    Plaintiff,        )<br>                                                          )<br>v.                                                     )      Civil Action No. 07-813 (HHK)<br>                                                          )<br>ALPHONSO JACKSON, in his capacity as   )<br>Secretary of the United States Department of )<br>Housing And Urban Development,           )<br>                                                          )<br>                                                          )<br>                    Defendant.    )<br>_____)  | |

### AFFIDAVIT OF SERVICE (DEFENDANT JACKSON)

1. In accordance with Fed. R. Civ. P. 4(i)(2)(A), service was made on the Defendant by mailing a copy of the Complaint and Summons on May 7, 2007 via certified mail, return receipt requested, to:

>   Alphonso Jackson
>   Secretary
>   U.S. Department of Housing and Urban Development
>   451 7th Street, S.W.
>   Washington, DC 20410

2. Service on Alphonso Jackson was effected on May 11, 2007. A copy of the return receipt is on Exhibit 1 that is attached hereto.

                                                     Respectfully submitted,

May 23, 2007                               /s/ Carl A.S. Coan, Jr.
                                                     Carl A.S. Coan, Jr. (D.C. Bar No. 89466)
                                                     Carl A.S. Coan, III (D.C. Bar No. 358034)
                                                     Coan & Lyons
                                                     1100 Connecticut Ave., N.W.
                                                     Suite 1000
                                                     Washington, DC 20036
                                                     Phone No. 202-728-1070
                                                     Fax No. 202-293-2448
                                                     Attorneys for Plaintiff

Steinhorst Associates v. Jackson
Civil Action No. 07-813 (HHK)
Affidavit of Service (Defendant Jackson)
Exhibit 1

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br>Alphonso Jackson<br>Secretary<br>U.S. Department of Housing and Urban Development<br>451 7th Street, S.W.<br>Washington, DC 20410 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7001 1140 0002 0629 5677 |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-1540 |