UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES,       ) | |
| ) | |
| Plaintiff,       ) | |
| ) | |
| v.       ) | |
| ) | |
| ALPHONSO JACKSON, in his capacity as       ) | |
| Secretary of the United States Department       ) | Civil Action No. 07-813 (HHK) |
| of Housing and Urban Development       ) | |
| ) | |
| Defendant.       ) | |
| ) | |

NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please enter the appearance of Andrea McBarnette, Assistant United States Attorney, as counsel of record for the Defendant, in the above-captioned case.

Respectfully submitted,

/s/
ANDREA McBARNETTE
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
(202) 514-7153