UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES,                   )<br>)<br>Plaintiff,             )<br>)<br>v.                          )<br>)<br>ALPHONSO JACKSON, in his capacity as       )<br>Secretary of the United States Department  )<br>of Housing and Urban Development           )<br>)<br>Defendant.           )<br>_____)    | Civil Action No. 07-813 (HHK) |

## MOTION FOR EXTENSION OF TIME

     Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to respond to Plaintiff's Motion for Preliminary Injunction up to and including June 6, 2007.  Because the U.S. Attorney's Office received Plaintiff's complaint and motion for preliminary injunction on May 16, 2007, a response to the motion was due May 29, 2007.  The undersigned, however, only today was assigned the above captioned case and the Defendant apologizes to the Court for any inconvenience.  The undersigned requires time to consult with agency counsel, review the case and prepare a response.  Plaintiff graciously has consented to the relief requested.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time for responding to the motion for preliminary injunction be extended to and including June 6, 2007.

Date: May 30, 2007                     Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES, )<br>)<br>    Plaintiff, )<br>)<br> v. )<br>)<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department )<br>of Housing and Urban Development )<br>)<br>    Defendant. )<br>                     ) | Civil Action No. 07-813 (HHK) |

**ORDER**

  Upon consideration of Defendant's Motion to Extend, it is hereby ordered that the motion is granted. Defendant may file a response to Plaintiff's motion for preliminary injunction on or before June 6, 2007.

                                 _____
                                 UNITED STATES DISTRICT JUDGE

Dated: _____, 2007