UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINHORST ASSOCIATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department of )<br>Housing And Urban Development, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 07-813 (HHK) |

## PLAINTIFF'S CONSENT MOTION TO DISMISS PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

The Plaintiff hereby requests that the Court dismiss Plaintiff's Motion for Preliminary Injunction on the basis that the parties have agreed to the resumption of the housing assistance payments, the relief sought by Plaintiff in its Motion. In accordance with Local Rule 7(m), Plaintiff's counsel discussed this Motion with Defendant's counsel who has consented to the Motion.

Respectfully submitted,

June 22, 2007

/s/ Carl A.S. Coan, Jr.
Carl A.S. Coan, Jr. (D.C. Bar No. 89466)
Carl A.S. Coan, III (D.C. Bar No. 358034)
Coan & Lyons
1100 Connecticut Ave., N.W.
Suite 1000
Washington, DC 20036
Phone No. 202-728-1070
Fax No. 202-293-2448

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINHORST ASSOCIATES,        )<br>                                    )<br>                     Plaintiff,      )<br>                                      )<br>    v.                                       )<br>                                    )<br>ALPHONSO JACKSON, in his capacity as      )<br>Secretary of the United States Department of      )<br>Housing And Urban Development,      )<br>                                    )<br>                                    )<br>                    Defendant.      )<br>_____ ) | Civil Action No. 07-813 (HHK) |

## **ORDER**

Upon consideration of Plaintiff's Consent Motion to Dismiss Plaintiff's Motion for Preliminary Injunction, it is this _____ day of June, 2007,

**ORDERED** that Plaintiff's Motion is granted; and it is

**FURTHER ORDERED** that Plaintiff's Motion for Preliminary Injunction is dismissed.

_____
Henry H. Kennedy, Jr.
United States District Judge