UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEINHORST ASSOCIATES,                    )
                                          )
                         Plaintiff,       )
                                          )
          v.                              )    Civil Action No. 07-813 (HHK)
                                          )
ALPHONSO JACKSON, in his capacity as      )
Secretary of the United States Department of )
Housing And Urban Development,            )
                                          )
                                          )
                         Defendant.       )
_____)

## PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME

Plaintiff, Steinhorst Associates, hereby requests an extension of time, to and including September 11, 2007, to file its opposition to Defendant's Motion for Summary Judgment.  In accordance with Local Civil Rule 7(m), Plaintiff's counsel discussed this motion with Defendant's counsel who kindly consented to the proposed extension of time.  The grounds for this motion are:

1.    Plaintiff's counsel are currently working on an appellate brief for the Court of Appeals for the D.C. Circuit that is due in August.

2.    For the New Hampshire District Court, Plaintiff's counsel have a reply to an opposition to their Motion for Summary Judgment that is also currently due in August.

3.    Both of Plaintiff's counsel will be on vacation in August.  These vacations were scheduled before Defendant filed his Motion for Summary Judgment.

Respectfully submitted,

July 27, 2007

 /s/ Carl A.S. Coan, Jr.
Carl A.S. Coan, Jr. (D.C. Bar No. 89466)
Carl A.S. Coan, III (D.C. Bar No. 358034)
Coan & Lyons
1100 Connecticut Ave., N.W.
Suite 1000
Washington, DC 20036
Phone No. 202-728-1070
Fax No. 202-293-2448

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| STEINHORST ASSOCIATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-813 (HHK) |
| | ) | |
| ALPHONSO JACKSON, in his capacity as | ) | |
| Secretary of the United States Department of | ) | |
| Housing And Urban Development, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ORDER</u>

Upon consideration of Plaintiff's Consent Motion for an Extension of Time, it is

this _____ day of July, 2007,

**ORDERED** that Plaintiff's Motion is granted; and it is

**FURTHER ORDERED** that Plaintiff shall file its Opposition to Defendant's

Motion for Summary Judgment on or before September 11, 2007.

_____
Henry H. Kennedy, Jr.
United States District Judge