UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department )<br>of Housing and Urban Development )<br>)<br>Defendant. )<br>_____ ) | Civil Action No. 07-813 (HHK) |

CONSENT MOTION FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to reply in support of its dispositive motion. The reply is presently due on September 21, 2008, and the Defendant seeks a two week extension up to and including October 5, 2007. Given the work load of counsel for the Defendant, which includes an oral argument in front of the United States Court of Appeals for the District Court of Columbia, and several filings due in other cases, the Defendant requests additional time to file the reply. The undersigned requires time to consult with agency counsel, review the case and prepare a reply. The Plaintiff graciously has consented to the relief requested.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to reply in support of its dispositive motion is extended to and including October 5, 2007.

Date: September 12, 2007          Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES, )<br>                                        )<br>                Plaintiff, )<br>                                        )<br>        v. )<br>                                        )<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department )<br>of Housing and Urban Development )<br>                                        )<br>                Defendant. )<br>_____) | Civil Action No. 07-813 (HHK) |

**<u>ORDER</u>**

      Upon consideration of Defendant's Motion to Extend, it is hereby ordered that the consent motion is granted. Defendant may file a reply in support of its dispositive motion on or before October 5, 2007.

 

                                                                           _____
                                                                           UNITED STATES DISTRICT JUDGE

Dated: _____, 2007