UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES,            )<br>                                                              )<br>                    Plaintiff,           )<br>                                                              )<br>         v.                                              )<br>                                                              )<br>ALPHONSO JACKSON, in his capacity as   )<br>Secretary of the United States Department   )<br>of Housing and Urban Development        )<br>                                                              )<br>                    Defendant.          )<br>_____)  | Civil Action No. 07-813 (HHK) |

CONSENT MOTION FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to reply in support of its dispositive motion. The reply is presently due on October 5, 2007, and the Defendant seeks an extension up to and including October 26, 2007. The Plaintiff graciously has consented to the relief requested. Although the Defendant has diligently worked on preparing a reply, the undersigned requires more time to consult with agency counsel regarding the issues presented in Plaintiff's opposition. This extension is sought in good faith and will not unfairly prejudice any party. Allowing the Defendant some additional time to formulate a reply will aid the Court in the resolution of this case.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to reply in support of its dispositive motion is extended to and including October 26, 2007.

Date: October 4, 2007                    Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


          /s/
_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department )<br>of Housing and Urban Development )<br>)<br>Defendant. )<br>) | Civil Action No. 07-813 (HHK) |

**<u>ORDER</u>**

Upon consideration of Defendant's Consent Motion to Extend, it is hereby ordered that the motion is granted. Defendant may file a reply in support of its motion for summary judgment on or before October 26, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007