UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department )<br>of Housing and Urban Development )<br>)<br>Defendant. )<br>) | Civil Action No. 07-813 (HHK) |

CONSENT MOTION FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to reply in support of its opposition to Plaintiff's dispositive motion. The opposition is presently due on November 21, 2007 and the Defendant seeks an extension of time up to and including December 12, 2007. The Plaintiff has consented to the relief requested. The undersigned is not scheduled to be in the office on the day that the opposition is due and for the rest of the week. Also, given the heavy work load of the undersigned, which includes several depositions and filings due in other cases, the Defendant requests additional time to consult with agency counsel and prepare an opposition.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to file an opposition to Plaintiff's dispositive motion is extended to and including December 12 2007.

Date: November 20, 2007          Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALPHONSO JACKSON, in his capacity as | ) |
| Secretary of the United States Department | ) Civil Action No. 07-813 (HHK) |
| of Housing and Urban Development | ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the Consent Motion for Enlargement of Time, it is hereby ordered that motion is granted. The Defendant's time to file an opposition to Plaintiff's dispositive motion is extended to and including December 12, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007