UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES, )<br>)<br>               Plaintiff, )<br>)<br>   v. )<br>)<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department )<br>of Housing and Urban Development )<br>)<br>               Defendant. )<br>_____) | Civil Action No. 07-813 (HHK) |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant, by and through undersigned counsel, respectfully moves this Court pursuant to Federal Rule of Civil Procedure 6(b)(1) to enlarge the time to oppose Plaintiff's dispositive motion *nunc pro tunc*. The opposition was due on December 12, 2007 and the Defendant seeks an extension of time up to and including January 14, 2008. On December 7, 2007, the Plaintiff graciously consented to the relief requested and on that date the undersigned mistakenly believed she had filed the motion for extension of time. Due to the error, the Defendant seeks an extension of time nunc pro tunc.

Given the heavy work load of the undersigned, the holidays and the vacation schedules of agency counsel and the undersigned, the Defendant requests additional time to be able to consult with agency counsel and prepare an opposition.

WHEREFORE, based on the foregoing, the Defendant respectfully requests that the time to file an opposition to Plaintiff's dispositive motion is extended to and including January 14, 2008.

Date: December 13, 2007            Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney.


_____/s/_____
ANDREA McBARNETTE, D.C. Bar  # 483789
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 514-7153

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINEHORST ASSOCIATES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ALPHONSO JACKSON, in his capacity as Secretary of the United States Department of Housing and Urban Development | ) ) Civil Action No. 07-813 (HHK) ) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Upon consideration of the Consent Motion for Enlargement of Time, it is hereby ordered that motion is granted.  The Defendant's time to file an opposition to Plaintiff's dispositive motion is extended to and including January 14, 2007.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2007