UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINHORST ASSOCIATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department of )<br>Housing And Urban Development, )<br>)<br>)<br>Defendant. )<br>) | Civil Action No. 07-813 (HHK) |

**PLAINTIFF'S CONSENT MOTION FOR AN EXTENSION OF TIME**

Plaintiff, Steinhorst Associates, hereby requests an extension of time from January 22, 2008, to and including February 8, 2008, to file its Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment. In accordance with Local Civil Rule 7(m), Plaintiff's counsel discussed this motion with Defendant's counsel who kindly consented to the proposed extension of time. The ground for this motion is that Plaintiff's counsel are currently working on an appellate brief for the Court of Appeals for the D.C. Circuit that is due on January 28, 2008 and it will require much of the time of Plaintiff's counsel during the next two weeks.

                                          Respectfully submitted,

January 15, 2008                      /s/ Carl A.S. Coan, Jr.
                                          Carl A.S. Coan, Jr. (D.C. Bar No. 89466)
                                          Carl A.S. Coan, III (D.C. Bar No. 358034)
                                          Coan & Lyons
                                          1100 Connecticut Ave., N.W.
                                          Suite 1000
                                          Washington, DC 20036
                                          Phone No. 202-728-1070
                                          Fax No. 202-293-2448

                                          Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINHORST ASSOCIATES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-813 (HHK) |
| ) | |
| ALPHONSO JACKSON, in his capacity as ) | |
| Secretary of the United States Department of ) | |
| Housing And Urban Development, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

Upon consideration of Plaintiff's Consent Motion for an Extension of Time, it is this _____ day of January, 2008,

**ORDERED** that Plaintiff's Motion is granted; and it is

**FURTHER ORDERED** that Plaintiff shall file its Reply to Defendant's Opposition to Plaintiff's Cross-Motion for Summary Judgment on or before February 8, 2008.

_____
Henry H. Kennedy, Jr.
United States District Judge