UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINHORST ASSOCIATES, )<br> )<br> Plaintiff, )<br> )<br> v. )<br> )<br>ALPHONSO JACKSON, in his capacity as )<br>Secretary of the United States Department )<br>of Housing and Urban Development )<br> )<br> Defendant. )<br> ) | Civil Action No. 07-813 (HHK) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant Alphonso Jackson and withdraw the appearance of Assistant United States Attorney Andrea McBarnette.

Dated: February 4, 2008 Respectfully submitted,

 /s/
 Andrea McBarnette, D.C. Bar # 483789

 /s/
 John C. Truong, D.C. Bar # 465901
 Assistant United States Attorney
 Judiciary Center Building
 555 Fourth Street, N.W.
 Washington, D.C. 20530
 (202) 307-0406
 (202) 514-8780 (fax)
 John.Truong@usdoj.gov