UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEINHORST ASSOCIATES,<br><br>           Plaintiff,<br><br>      v.<br><br>STEVE PRESTON, in his capacity as Secretary of the United States Department of Housing and Urban Development,<br><br>           Defendant. | Civil Action 07-00813 (HHK) |

**ORDER**

For the reasons set forth in the accompanying memorandum opinion docketed this same day, it is this 22nd day of August 2008, hereby

**ORDERED** that Plaintiff's Cross-Motion for Summary Judgment [#21] is granted in part and denied in part; it is further

**ORDERED** that Defendant's Motion for Summary Judgment [#15] is denied; it is further

**ORDERED** that the above-captioned matter is remanded to the Department of Housing and Urban Development for further proceedings consistent with the court's Memorandum Opinion.

                                                                           Henry H. Kennedy, Jr.
                                                                           United States District Judge